IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 5:19-CR-50083

CRAIG RYAN KELLEY                                                     DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 302) of United States Magistrate Judge Mark E. Ford, filed on June 2, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 302) is **ADOPTED IN ITS ENTIRETY**, and the Motion to Vacate (Doc. 279) is **DISMISSED WITHOUT PREJUDICE**. Defendant's request to dismiss the Motion to Vacate (Doc. 301) is **MOOT** in light of the Court's decision.

**IT IS FURTHER ORDERED** that the Report and Recommendation filed on May 28, 2021 (Doc. 300) is **STRICKEN** from the record.

**IT IS SO ORDERED** on this 22nd day of June, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE