IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

V.                         **CASE NO. 5:19-CR-50083**
                           **CASE NO. 5:21-CV-5112**

**CRAIG RYAN KELLEY**                                                                    **DEFENDANT**

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 310) of United States Magistrate Mark E. Ford, filed on January 18, 2021.  The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 310) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate Under § 2255 (Doc. 305) is **DENIED**.

**IT IS SO ORDERED** on this 10th day of February, 2022.


                                        /s/ Timothy L. Brooks
                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE